UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN KEEFE,<br><br>    Petitioner,<br><br>    v.<br><br>RICARDO RAMIREZ, Parole Agent,<br><br>    Respondent. | No. CV 09-8131-GAF (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 20, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE